No. 167. HANOVER FIRE INS. Co. *v.* SPECKTOR ET AL. Argued January 24, 1930. Decided January 27, 1930. *Per*

*Curiam:* The appeal is dismissed for the want of a substantial federal question. *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code as amended by the Act of February 13, 1925 (c. 229, 43 Stat. 936, 938), certiorari is denied. *Mr. Horace Michener Schell,* with whom *Mr. Henry A. Craig* was on the brief, for appellant. *Mr. Wm. A. Gray* for appellees.